The People of the State of New York, Respondent, v. Panayiotas D. Panoulias, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Herman Brandt, Appellant, v. Walter E. Godfrey and City Bank Farmers Trust Company, as Trustees under an Express Trust, Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [172 Misc. 768.]

James Lee Cambas, an Infant, by Ida Cambas, His Guardian ad Litem, Respondent, and Ida Cambas, Plaintiff, v. The City of New York, Appellant.— Judgment reversed, with costs, and the complaint dismissed, with costs, on the ground that actionable negligence was not established at the trial. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to affirm.

St. Paul Fire & Marine Insurance Co. and Others, Respondents, Appellants, v. Colby Realty Corp. and Daniel Birdsall & Co., Inc., Appellants, Respondents, Impleaded with Another, Defendant.— Order, so far as appealed from by the defendants, unanimously affirmed, and, so far as appealed from by the plaintiffs, unanimously reversed, with twenty dollars costs and disbursements to the plaintiffs, and the motion for summary judgment in favor of defendants dismissing the second cause of action denied, on the ground that the exculpatory clause in defendants' lease with Henry Glass & Company is not sufficient to excuse defendant landlord for its own acts of negligence. (Kessler v. Ansonia, 253 N. Y. 453.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Isidore Weisberg, Appellant, v. Lederer Construction Co., Inc., Defendant, Impleaded with The City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Charles Honkomaa and Others, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Arthur E. Jones, an Alleged Incompetent Person. Arthur E. Jones, the Alleged Incompetent, and Rosalie G. Jones, Also Known as Rosalie G. Jones Dill, Appellants; Mary H. Jones, Petitioner, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of James F. O'Kelly, Petitioner, for an Order against John Warren Hill, Presiding Justice of the Domestic Relations Court of the City of New York, Respondent.— Determination unanimously annulled and petitioner reinstated on the ground that the evidence does not sustain the charges. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See 257 App. Div. 631; 258 id. 877; revd. and remitted, 283 N. Y. 78, 83.]

Harry Leichtman, Respondent, v. Leonard H. Smith and Others, Defendants, Impleaded with American Home Products Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within fifteen days after service of order, on payment of said costs. The defendant-appellant may plead the Statute of Limitations in its answer and the question here presented can then be deter-

mined after a full investigation of the facts. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADOR EPSTEIN, Appellant.—Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.